FILED

08/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0070

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0070

_____

DAVID SNYDERS,

     Plaintiff and Appellant,

v.

PROFESSIONAL PROPERTY MANAGEMENT,

     Defendant and Appellee,

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to David Snyders, to all counsel of record, and to the Honorable Robert L. Deschamps, III, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 31 2022